UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

LYNISHA REFF, et al.,

    Plaintiffs,

v.

WERNER ENTERPRISES, INC., et al.,

    Defendant.

Case No. 2:19-CV-01358-KJD-EJY

**ORDER**

Before the Court is Non-Party Medport LA, LLC's ("Medport") Emergency Motions to Stay Deadline to File Objection to Court's August 12, 2019, Order Or, in the Alternative, For Clarification in Light of Stay of Case Issued by the United States District Court for the Eastern District of Louisiana (ECF Nos. 9 and 10). Also before the Court is Defendants' Non-Opposition to Medport's Motions.

Medport attaches to its Emergency Motions an Order issued by the United States District Court for the Eastern District of Louisiana issued on August 16, 2019, staying "all aspects of this litigation" based on a criminal investigation by the United States Attorney's Office "that may involve this case or witnesses or counsel to this proceeding." ECF. No. 9-3.

The Court may take judicial notice of court filings in other related matters that have a direct relationship to the matters at issue before the instant court. *Colonial Penn Ins. Co. v. Coil*, 887 F.2d 1236, 1239 (4th Cir. 1989); *see Reyn's Pasta Bella, LLC v. Visa USA. Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006). Here, the court in which this underlying matter is pending has stayed *all* aspects of this litigation, an order of which this Court takes judicial notice.

Accordingly,

IT IS HEREBY ORDERED that Medport's Emergency Motions to Stay Deadline to File Objection to Court's August 12, 2019, Order Or, in the Alternative, For Clarification in Light of Stay of Case Issued by the United States District Court for the Eastern District of Louisiana (ECF Nos. 9 and 10) are GRANTED.

1

1   IT IS FURTHER ORDERED that third-party Medport, the moving party in the instant matter pending before the U.S. District Court for the District of Nevada, shall file a notice in this Court that the U.S. District Court for the Eastern District of Louisiana has lifted its stay of proceedings within five *court* days of such court lifting its stay.

IT IS FURTHER ORDERED that upon the fifth *calendar* day following the filing by Medport providing notice that the U.S. District Court for the Eastern District of Louisiana has lifted its stay of all proceedings, the stay of proceedings in this Court shall be automatically lifted.

IT IS FURTHER ORDERED that the deadline to file an objection to the Court's August 12, 2019 Order is tolled effective as of August 16, 2019. The deadline to file such objection shall commence again on the first *calendar* day following the date on which the U.S. District Court for the District of Nevada lifts its stay.

DATED: August 26, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE