# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

LYNISHA REFF, *et al.*,

    Plaintiffs,

v.

WERNER ENTERPRISES, INC., *et al.*,

    Defendants.

Case No. 2:19-cv-01358-KJD-EJY

ORDER

Before the Court for consideration is the Report and Recommendation (#18) of Magistrate Judge Elayna J. Youchah entered February 10, 2020, recommending: (1) that the stay in this action be lifted; (2) that Defendant's Emergency Motion for Contempt (#1) be denied without prejudice; (3) that Interested Party Medport LA, LLC's Countermotion to Quash or Modify Subpoenas (#5) be granted such that Medport has no present duty to respond to pending subpoenas, provided that Medport shall continue to preserve all documents sought through the subpoenas prompting the Countermotion to Quash; (4) that the matter be closed, without prejudice, based on the ongoing stay and administrative closure of the Louisiana Action; and (5) that the parties' rights to object to the Court's August 12, 2019 Order (#7) denying the Motion for Contempt or to Transfer Enforcement, granting in part and denying in part the Motion to Compel, and granting in part and denying in part the Motion to Quash (#5), as summarized in the Report and Recommendation (#18) of the Magistrate Judge, be preserved. Though the time for doing so has passed, no party has filed objections to the Report and Recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#18) of the United States Magistrate Judge entered February 10, 2020, should

be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#18) entered February 10, 2020, are **ADOPTED** and **AFFIRMED**;

IT IS FURTHER ORDERED that the **STAY** in this action is lifted;

IT IS FURTHER ORDERED that Defendant's Emergency Motion for Contempt (#1) is **DENIED without prejudice;**

IT IS FURTHER ORDERED that Medport LA, LLC's Countermotion to Quash or Modify Subpoenas (#5) is **GRANTED** and that Medport shall continue to **PRESERVE** all documents sought through the subpoenas;

IT IS FURTHER ORDERED that the Clerk of the Court close this action;

IT IS FURTHER ORDERED that the parties rights to object to Order (#7) are preserved as summarized in the Report and Recommendation;

IT IS FINALLY ORDERED that upon the lifting of the stay of all proceedings in Case No. 18-8350, issued by the U.S. District Court for the Eastern District of Louisiana, the parties may: (a) initiate new proceedings in this Court; (b) refile any motion pending at the time this matter is closed by adding a new caption page incorporating the previously filed motion; and (c) similarly refile any pending Responses and Replies. Objections, if any, to the August 12, 2019 Order may be filed and shall be due within 30 days of the initiation of new proceedings in this Court. In addition to electronic service through the Court's CM/ECF system, service of documents and any reissued subpoenas are to occur through service on opposing counsel. Personal service of reissued subpoenas shall not be required.

Dated this 27th day of February, 2020.

_____
Kent J. Dawson
United States District Judge